UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-24022-CIV-ALTONAGA/O'Sullivan

U.S. COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

vs.

K.B. CONCEPTS GROUP, LLC, *et al.*,

    Defendants.

_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order [ECF No. 43], entered separately on May 8, 2017, granting the Motion for Default Judgment [ECF No. 29] filed by Plaintiff, the U.S. Commodity Futures Trading Commission, it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Plaintiff and against Defendants, K.B. Concepts, LLC d/b/a Apex Asset Advisors, LLC and Kelvin Burgos.

**DONE AND ORDERED** in Miami, Florida this 10th day of May, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record